WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------x
| | : | |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC. | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION, | : | Adv. Case No. 10-03811 (JMP) |
| Defendant. | : | |
------------------------------------------------------------------x

**NOTICE OF ENTRY OF ORDER EXTENDING THE
STAY OF AVOIDANCE ACTIONS AND GRANTING CERTAIN
RELATED RELIEF PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)**

**PLEASE TAKE NOTICE** that on June 16, 2011, the Court entered an Order Extending the Stay of Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1) **[Case No. 08-13555; Docket No. 17763]** (the "Order"). A copy of the Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, this adversary proceeding has been stayed, which stay may be modified as set forth in the Order.

**PLEASE TAKE FURTHER NOTICE** that, during the effectiveness of the stay, no response or answer to the complaint in the above-captioned adversary proceeding is required.

Dated: July 19, 2011
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for the Debtors and
    Debtors in Possession

# Exhibit A

**(Order Extending the Stay of Avoidance Actions and Granting Related Relief)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                          :

In re                                      :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)

           Debtors.                :         (Jointly Administered)
-------------------------------------------------------------------x

**ORDER EXTENDING THE STAY OF AVOIDANCE ACTIONS AND
GRANTING CERTAIN RELATED RELIEF PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)**

Upon the motion, dated May 27, 2011 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "Debtors"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4(m) of the Federal Rules of Civil Procedure, as incorporated and made applicable hereto by Rule 7004(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the stay for each of the adversary proceedings identified on Exhibit 1 hereto and any other avoidance actions that may be commenced by the Debtors under sections 544, 545, 547, 548, 549, 550 and/or 553 of the Bankruptcy Code (collectively, the "Avoidance Actions") and to grant certain related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

---
[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Staying Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*, dated October 20, 2011 [Docket No. 12199] (the "Initial Stay Order"); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) all parties who have requested notice in these chapter 11 cases; and (vii) each of the known and identified defendants to the Avoidance Actions or their agents or representatives (the "Avoidance Action Defendants"), and it appearing that no other or further notice need be provided; and objections to the Motion and the relief requested therein having been interposed (the "Objections"); and a reply to the Objections having been filed by the Debtors; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

>ORDERED that the Objections are overruled; and it is further

>ORDERED that the Motion is granted; and it is further

ORDERED that the Stay imposed by the Initial Stay Order is hereby extended for a period of six (6) months to January 20, 2012, without prejudice to the Debtors' ability to request further extensions; and it is further

ORDERED that the Debtors shall have until the later of August 30, 2011 or the time otherwise prescribed by the Bankruptcy Rules to complete service of the applicable summons and complaint on each of the Avoidance Action Defendants, without prejudice to the Debtors' ability to request further extensions; and it is further

ORDERED that, except as set forth herein, all other terms and provisions of the Initial Stay Order shall remain unaltered and in full force and effect; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       June 16, 2011

      *s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

**(Schedule of Pending Avoidance Actions)**

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03542 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>U.S. BANK NATIONAL ASSOCIATION<br>BANK OF AMERICA NATIONAL ASSOCIATION<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION<br>WELLS FARGO BANK NATIONAL ASSOCIATION<br><br><u>ISSUER DEFENDANTS</u><br><br>AIRLIE CDO I, CORP.<br>AIRLIE CDO I, LTD.<br>AIRLIE LCDO I (AVIV LCDO 2006-3) CORP, AIRLIE LCDO I (AVIV LCDO 2006-3), LTD.<br>AIRLIE LCDO II (PEBBLE CREEK 2007-1), CORP.<br>AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD.<br>AVIV LCDO 2006-1, CORP.<br>AVIV LCDO 2006-1, LTD.<br>AVIV LCDO 2006-2, CORP.<br>AVIV LCDO 2006-2, LTD.<br>BALBOA CDO I, CORP.<br>BALBOA CDO I, LTD.<br>BELLE HAVEN ABS CDO 2005-1, LLC<br>BELLE HAVEN ABS CDO 2005-1, LTD.<br>BELLE HAVEN ABS CDO 2006-1, LLC<br>BELLE HAVEN ABS CDO 2006-1, LTD.<br>EXUM RIDGE CBO 2006-1, CORP.<br>EXUM RIDGE CBO 2006-1, LTD.<br>EXUM RIDGE CBO 2006-2, CORP.<br>EXUM RIDGE CBO 2006-2, LTD.<br>EXUM RIDGE CBO 2006-4, CORP.<br>EXUM RIDGE CBO 2006-4, LTD.<br>EXUM RIDGE CBO 2006-5, CORP.<br>EXUM RIDGE CBO 2006-5, LTD.<br>EXUM RIDGE CBO 2007-1, CORP.<br>EXUM RIDGE CBO 2007-1, LTD.<br>EXUM RIDGE CBO 2007-2, CORP.<br>EXUM RIDGE CBO 2007-2, LTD.<br>GEMSTONE CDO VI CORP.<br>GEMSTONE CDO VI LTD.<br>GREYSTONE CDO SERIES 2008-4 LLC<br>GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-4 SEGREGATED PORTFOLIO<br>PEBBLE CREEK LCDO 2006-1, CORP.<br>PEBBLE CREEK LCDO 2006-1, LTD.<br>PEBBLE CREEK LCDO 2007-3, LLC<br>PEBBLE CREEK LCDO 2007-3, LTD.<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-20AT TRUST<br>SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD.<br><br>TRADEWINDS II CDO SERIES 2006-1 LLC<br>TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO<br>WHITE MARLIN CDO 2007-1, CORP.<br>WHITE MARLIN CDO 2007-1, LTD |
| 10-03544 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee<br>LIBERTY SQUARE CDO I, CORP.<br>LIBERTY SQUARE CDO I, LTD. |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | LIBERTY SQUARE CDO II, LTD.<br>LIBERTY SQUARE CDO II, CORP., as Issuers |
| 10-03545 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>THE BANK OF NEW YORK MELLON CORPORATION<br>BNY CORPORATE TRUSTEE SERVICES LIMITED<br><br><u>ISSUER DEFENDANTS</u><br><br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005- 11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-6<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-15<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-17<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-1<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-3<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-4<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-8<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-15<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-17<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-19<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-3<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-4<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-6<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-8<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-9<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-12<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-14<br>DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-1<br>DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-2<br>DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-3<br>JUPITER QUARTZ FINANCE PLC AS ISSUER OF SERIES 2004-1<br>JUPITER QUARTZ FINANCE PLC AS ISSUER OF SERIES 2004-2<br>LION CITY CDO LTD. AS ISSUER OF SERIES 2006-1<br>LION CITY CDO LTD. AS ISSUER OF SERIES 2006-2<br>LION CITY CDO LTD. AS ISSUER OF SERIES 2006-3<br>LION CITY CDO LTD. AS ISSUER OF SERIES 2006-5<br>ONYX FUNDING LTD. AS ISSUER OF SERIES 2004-1<br>ONYX FUNDING LTD. AS ISSUER OF SERIES 2005-1 |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2006-1<br>ONYX FUNDING LTD. AS ISSUER OF SERIES 2008-1<br>PEARL FINANCE PLC AS ISSUER OF SERIES 2003-6<br>PEARL FINANCE PLC AS ISSUER OF SERIES 2003-8<br>QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-1<br>QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-3<br>QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-4<br>QUARTZ FINANCE PLC AS ISSUER OF SERIES 2005-1<br>QUARTZ FINANCE PLC AS ISSUER OF SERIES 2005-2<br>RUBY FINANCE PLC AS ISSUER OF SERIES 2004-2<br>RUBY FINANCE PLC AS ISSUER OF SERIES 2004-3<br>RUBY FINANCE PLC AS ISSUER OF SERIES 2006-5<br>RUBY FINANCE PLC AS ISSUER OF SERIES 2007-3<br>RUBY FINANCE PLC AS ISSUER OF SERIES 2008-1<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2004-4<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2004-12<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-1<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-3<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-4<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-10<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-11<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-2<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-3<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-10<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-5<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-7<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-9<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-1<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-6<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-7<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-8<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-9<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-10<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-11<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-12<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-13<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-1<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-2<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-3<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-5<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-6<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-8<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-9<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-10<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-14<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-15<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-16<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-17<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-18<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-19 |
| 10-03546 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO.<br>NATIONAL ASSOCIATION, as Trustee<br>TIAA STRUCTURED FINANCE CDO I, LTD., as Issuer<br>TIAA STRUCTURED FINANCE CDO I, LLC, as Co-Issuer |
| 10-03547 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>BANK OF AMERICA NATIONAL ASSOCIATION<br>THE BANK OF NEW YORK MELLON NATIONAL ASSOCIATION<br>BNY CORPORATE TRUSTEE SERVICES LTD.<br>CITIBANK, N.A. |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | DEUTSCHE BANK TRUST COMPANY AMERICAS<br>U.S. BANK NATIONAL ASSOCIATION<br>U.S. BANK TRUST NATIONAL ASSOCIATION<br>WELLS FARGO BANK NATIONAL ASSOCIATION<br><br>ISSUER DEFENDANTS<br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-1, as Issuer<br>801 GRAND CDO SERIES 2006-1 LLC, as Co-issuer<br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-2, as Issuer<br>801 GRAND CDO SERIES 2006-2 LLC, as Co-issuer<br>ALTA CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>ALTA CDO LLC, FOR SERIES 2007-1, as Co-issuer<br>ALTA CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>ALTA CDO LLC, FOR SERIES 2007-2, as Co-issuer<br>BARTON SPRINGS CDO SPC, f/a/o THE SERIES 2005-1 SEGREGATED PORTFOLIO, as Issuer<br>BARTON SPRINGS CDO SERIES 2005-1 LLC, as Co-Issuer<br>BARTON SPRINGS CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer<br>BARTON SPRINGS CDO SERIES 2005-2 LLC, as Co-issuer<br>BLUE POINT CDO SPC, f/a/o THE SERIES 2005-1 SEGREGATED PORTFOLIO, as Issuer<br>BLUE POINT CDO SERIES 2005-1 LLC, as Co-issuer<br>BLUE POINT CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer<br>BLUE POINT CDO SERIES 2005-2 LLC, as Co-issuer<br>CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>CHERRY HILL CDO LLC THE SERIES 2007-1, as Co-issuer<br>CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>CHERRY HILL CDO LLC FOR SERIES 2007-2, as Co-issuer<br>COPPER CREEK CDO SPC, f/a/o SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>COPPER CREEK CDO LLC, as Co-issuer<br>CROWN CITY CDO 2005-1 LIMITED, as Issuer<br>CROWN CITY CDO 2005-1 LLC, as Co-Issuer<br>CROWN CITY CDO 2005-2 LIMITED, as Issuer<br>CROWN CITY CDO 2005-2 LLC, as Co-issuer<br>FREEDOM PARK CDO SERIES 2005-1 LIMITED, as Issuer<br>FREEDOM PARK CDO SERIES 2005-1 LLC, as Co-issuer<br>FULLERTON DRIVE CDO LIMITED, as Issuer<br>FULLERTON DRIVE CDO LLC, as Co-issuer<br>GREYSTONE CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer<br>GREYSTONE CDO SERIES 2006-1 LLC, as Co-issuer<br>GREYSTONE CDO SPC, f/a/o THE SERIES 2006-2 SEGREGATED PORTFOLIO, as Issuer<br>GREYSTONE CDO SERIES 2006-2 LLC, as Co-issuer<br>JEFFERSON VALLEY CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer<br>JEFFERSON VALLEY CDO SERIES 2006-1 LLC, as Co-Issuer<br>KINGS RIVER LIMITED, as Issuer<br>KINGS RIVER LLC, as Co-issuer<br>LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>LAKEVIEW CDO LLC SERIES 2007-1, as Co-issuer<br>LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Co-issuer<br>LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Issuer<br>LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Co-issuer<br>PANTERA VIVE CDO SPC, f/a/o THE SERIES 2007-1, as Issuer<br>PANTERA VIVE CDO LLC, as Co-issuer<br>PEBBLE CREEK LCDO 2007-2, LTD., as Issuer<br>PEBBLE CREEK LCDO 2007-2, LLC, as Co-issuer<br>PENN'S LANDING CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>PENN'S LANDING CDO LLC, as Co-issuer<br>PHOENIX 2002-1 LIMITED, as Issuer<br>PHOENIX 2002-1 LLC, as Co-issuer<br>PHOENIX 2002-2 LIMITED, as Issuer<br>PYXIS ABS CDO 2007-1 LTD., as Issuer<br>PYXIS ABS CDO 2007-1 LLC, as Co-issuer<br>QUARTZ FINANCE PLC, as Issuer |

| **Adversary Proceeding No.** | **Defendant(s)** |
|---|---|
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-19-C TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-21-C TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-1-C TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2007-4-C TRUST<br>RAACLC TRUST, SERIES 2003-A<br>RUBY FINANCE PLC, f/a/o THE SERIES 2006-4, as Issuer<br>RUBY FINANCE PLC, f/a/o THE SERIES 2007-1, as Issuer<br>SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC,<br>  f/a/o THE SERIES 2007-1 FEDERATION A-1 SEGREGATED PORTFOLIO, as Issuer<br>SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC,<br>  f/a/o THE SERIES 2007-1 FEDERATION A-2 SEGREGATED PORTFOLIO, as Issuer<br>SOLAR V CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>SOLAR V CDO LLC, as Co-issuer<br>STOWE CDO SPC, f/a/o THE SERIES 2006-1SEGREGATED PORTFOLIO, as Issuer<br>STOWE CDO SERIES 2006-1 LLC, as Co-issuer<br>STOWE CDO SPC, f/a/o THE SERIES 2008-2A SEGREGATED PORTFOLIO, as Issuer<br>STOWE CDO LLC, as Co-Issuer<br>SUNSET PARK CDO LIMITED SPC, f/a/o THE SERIES 2005-5 SEGREGATED PORTFOLIO, as Issuer<br>SUNSET PARK CDO SERIES 2005-5 LLC, as Co-issuer<br>SUNSET PARK CDO SERIES 2005-6 LIMITED, as Issuer<br>SUNSET PARK CDO SERIES 2005-6 LLC, as Co-issuer<br>SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC,<br>  f/a/o THE SERIES 2007-1 TABXSPOKE (07-1 40-100) SEGREGATED PORTFOLIO, as Issuer<br>SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC, as Co-issuer<br>TAVARES SQUARE CDO LIMITED, as Issuer<br>TAVARES SQUARE CDO LLC, as Co-issuer<br>TAYLOR CREEK LIMITED, as Issuer<br>TAYLOR CREEK LLC, as Co-issuer<br>VOX PLACE CDO LIMITED, as Issuer<br>VOX PLACE CDO LLC, as Co-issuer<br><br>NOTEHOLDER DEFENDANTS<br><br>AC CAPITAL PARTNERS LTD.<br>ACA FINANCIAL GUARANTY CORPORATION<br>ASTERI GROUP LTD.<br>BABSON CAPITAL MANAGEMENT<br>BANCO CREDITO DEL PERU<br>BANK OF CHINA<br>THE BANK OF FUKUOKA, LTD.<br>BARCLAYS BANK PLC<br>BASIS YIELD ALPHA CAPITAL<br>BASIS CAPITAL PTY LIMITED<br>BLUE CROSS BLUE SHIELD<br>BEAR STEARNS ASSET MANAGEMENT<br>BENEFICIAL LIFE INSURANCE CO.<br>BLACKROCK, INC.<br>CALYON NEW YORK<br>CANADIAN IMPERIAL BANK OF COMMERCE<br>CENTRAL REINSURANCE CORP.<br>CHEYNE CAPITAL MANAGEMENT (UK) LLP<br>CITIGROUP ALTERNATIVE INVESTMENTS LLC<br>CSFB ALTERNATIVE CAPITAL I<br>CSFB CDO-CITI<br>THE DAEGU BANK, LTD.<br>DELAWARE INVESTMENT ADVISORS INC.<br>DELAWARE MANAGEMENT BUSINESS TRUST<br>DELPHI FINANCIAL GROUP, INC.<br>DEXIA, EDISON INTERNATIONAL<br>ELLIOT ASSOCIATES, L.P.<br>EQUITY GROUP, INC.<br>ETHIAS SA |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | FAR GLORY LIFE INSURANCE CO., LTD. <br> FAXTOR SECURITIES BV <br> GARADEX INC. <br> GARLAND INVESTMENT MANAGEMENT INC. <br> GATEX PROPERTIES INC. <br> GOLDMAN SACHS US MORTGAGES SAI FUND <br> GORDON RAUSSER <br> GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) <br> GORDON RAUSSER (IRA) <br> KUO HUA LIFE INSURANCE, LTD. <br> IKB DEUTSCHE INDUSTRIEBANK <br> INTERNATIONAL BANK OF TAIPEI <br> IRON FINANCIAL <br> JA HOKKAIDO SHINREN <br> KOREA'S NATIONAL AGRICULTURAL COOPERATIVE FEDERATION <br> MAGNETAR CAPITAL <br> MBIA CAPITAL MANAGEMENT CORPORATION <br> MKP CAPITAL MANAGEMENT LLC <br> MODERN WOODMEN <br> MONEYGRAM USA <br> THE OCEANIC HEDGE FUND <br> OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM <br> OMICRON INVESTMENT MANAGEMENT GMBH (f/k/a UNIQA ALTERNATIVE INVESTMENTS GMBH) <br> PB CAPITAL CORPORATION <br> PRINCETON ADVISORY GROUP, INC. <br> PRINCIPAL GLOBAL INVESTORS, (EUROPE) LIMITED <br> PRINCIPAL GLOBAL INVESTORS <br> RABOBANK INTERNATIONAL NEW YORK BRANCH <br> RABOBANK GROUP <br> RGA LLC <br> SENECA CAPITAL MANAGEMENT LLC <br> SENTINEL MANAGEMENT GROUP INC. <br> SHIELD SECURITIES <br> SHING KONG LIFE INSURANCE CO., LTD. <br> SHINGKONG INSURANCE CO. LTD. <br> SHINHAN BANK <br> SOUTHERN MISSOURI BANCORP, INC. <br> SOCIETE GENERALE <br> STONE TOWER <br> SUSQUAHANA BANK <br> SWISS LIFE LTD. <br> TAIWAN LIFE <br> TOM DEPPING <br> TRAVELERS EXPRESS COMPANY INC. <br> TRUST CO. OF THE WEST INC. <br> UNION INVESTMENT GROUP <br> UNIQA ALTERNATIVE INVESTMENTS <br> VANDERBILT CAPITAL ADVISORS <br> WELLS FARGO, NATIONAL ASSOCIATION <br> ZAIS GROUP, LLC <br> ZAIS INVESTMENT GRADE LTD |
| 10-03548 (JMP) | AXA, S.A. <br> AXA ASSURANCES VIE MUTUELLE <br> AXA ASSURANCES I.A.R.D. MUTUELLE <br> AXA COURTAGE ASSURANCE MUTUELLE <br> AXA FINANCIAL, INC. <br> ALLIANCEBERNSTEIN L.P. F/K/A/ ALLIANCE CAPITAL MANAGEMENT L.P. |
| 10-03552 (JMP) | FRAGOMEN, DEL RAY, BERNSEN AND LOEWY, LLP |
| 10-03553 (JMP) | GMAC MORTGAGE CORPORATION |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03558 (JMP) | EARTH THEBAULT INC. |
| 10-03560 (JMP) | EMORTGAGE LOGIC LLC |
| 10-03565 (JMP) | GEORGESON INC. |
| 10-03566 (JMP) | HYPOTHECA CAPITA LLC |
| 10-03574 (JMP) | ANA-DATA CONSULTING INC. |
| 10-03598 (JMP) | FIRST AMERICAN RESIDENTIAL VALUE VIEW LLC |
| 10-03606 (JMP) | STEWART LENDER SERVICES |
| 10-03607 (JMP) | INTERFACE CABLE ASSEMBLIES & SERVICES CORPORATION |
| 10-03609 (JMP) | DEUTSCHE BANK TRUST COMPANY AMERICAS |

| | |
|---|---|
| 10-03809 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>WELLS FARGO BANK NATIONAL ASSOCIATION<br>NATIONAL ASSOCIATION<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>U.S. BANK NATIONAL ASSOCIATION<br><br><u>ISSUER DEFENDANTS</u><br><br>IMPAC CMB TRUST SERIES 2005-03<br>IMPAC CMB TRUST SERIES 2005-04<br>IMPAC CMB TRUST SERIES 2005-08<br>ACCESS GROUP INC. SERIES 2005-A<br>ACCESS GROUP INC. SERIES 2005-B<br>LAKEVIEW 2007-4<br>RACERS 2005-10<br>GREYSTONE 2006-3 |
| 10-03811 (JMP) | BANK OF NEW YORK MELLON NATIONAL ASSOCIATION |
| 10-03812 (JMP) | NEBRASKA INVESTMENT FINANCE AUTHORITY |
| 10-03810 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>BANK OF NEW YORK<br>BANK OF NEW YORK TRUSTEE SERVICES LIMITED<br><br><u>ISSUER DEFENDANTS</u><br><br>GAZPROMBANK MORTGAGE FUNDING 2 S.A.<br>RUBY FINANCE PUBLIC LIMITED COMPANY, AS ISSUER OF THE SERIES 2006-7 |
| 10-03830 (JMP) | CONFLUENT V LIMITED<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 10-03831 (JMP) | BlueBay Funds - BlueBay Yield Bond Fund; Bluebay Multi Strategy Investments (luxembourg) SARL; BlueBay Structured Funds – High Yield Enhanced Fund; BlueBay Structured Funds: High Yield Portable Alpha Fund; G.A. –Fund-L – Bond Higher Yield Euro TP; Interpolis Pensioenen Global High Yield Pool; Interpolis Pensioenen Vermogensbeheer B.V; LGT Capital Invest (SC3) Ltd.; Panacea Trust - BlueBay Structured High Yield Bond Sub-Trust; Stichting Bedrijfspensioenfonds voor de Metaalektro; Stichting Mn Services Europees High Yield Fonds; The BlueBay Value Recovery (Master) Fund Limited |
| 10-03832 (JMP) | ADAGIO III CLO PLC<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 10-03833 (JMP) | MATIGNON DERIVATIVES LOANS<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 11-01623 (JMP) | PERFICIENT INC. |
| 11-01661 (JMP) | BULLET COMMUNICATIONS INC |
| 11-01697 (JMP) | SARK MASTER FUND LTD |